UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRITTANY CAMPBELL,**

    Plaintiff,

v.                        CASE NO.  8:21-cv-219-WFJ/AEP

**CITY OF ST. PETERSBURG**
**and JUSTIN A. MORALES,**

    **Defendant.**
_____/

**PLAINTIFFS NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, **BRITTANY CAMPBELL**, hereby files this Notice of Voluntary Dismissal With Prejudice. Each side shall bear their own attorney's fees and cost.

                              Respectfully submitted,

                              /s/ Marie A. Mattox
                              Marie A. Mattox [FBN 0739685]
                              MARIE A. MATTOX, P.A.
                              203 N. Gadsden Street
                              Tallahassee, Florida 32301
                              Primary Email: marie@mattoxlaw.com
                              Secondary Email: michelle@mattoxlaw.com
                              (850) 383-4800 (telephone)
                              (850) 383-4801 (facsimile)

                              ATTORNEYS FOR PLAINTIFF

2
## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been furnished to the above-named addressee via CM/ECF on this 3rd day of February, 2022.

*/s/ Marie A. Mattox*
Marie A. Mattox